Commonwealth *v.* Walker, Jr., Appellant.

Argued December 10, 1928.

Before TREXLER, KELLER, LINN, GAW-
THROP and CUNNINGHAM, JJ.

590

592

*Vincent R. Smith,* of *Smith & Smith, P. K. Shaner, Wm. M. Kahanowitz* and *P. K. McCormick,* for appellant.

*John R. Keister,* District Attorney, and with him *Benjamin H. Thompson,* Assistant District Attorney, for appellee.

PER CURIAM, December 11, 1928:

Defendant was convicted of the unlawful possession of intoxicating liquor in violation of the Act of March 27, 1923, P. L. 34. He appeals and here asserts that the evidence was insufficient to convict. We affirm the judgment for the reasons stated in the opinion of the court below.